# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RICHARD A. LOVERN,

    Plaintiff,

v.                    CASE NO.  4:04cv463-RH/WCS

JAMES CROSBY,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Respondent's motion to dismiss (document 10) is DENIED. Respondent's answer (document 15) is deemed filed this date.

SO ORDERED this 21st day of September, 2005.

                      s/Robert L. Hinkle
                      Chief United States District Judge